UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MILTON DAVID PLUMMER, | Case No. 3:20-cv-00258-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

Milton David Plummer has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition (ECF No. 1). He also filed a motion seeking a copy of the petition (ECF No. 4).[1] In that motion, he notes that he has an earlier-filed petition in Case No. 3:20-cv-00257-RCJ-WGC. The petitions appear to be identical. Accordingly, this duplicate petition will be dismissed.

It is therefore ordered that the Clerk of the Court detach and file the petition (ECF No. 1-1).

It is further ordered that the petition is dismissed as set forth in this order.

It is further ordered that the motion for copy of petition (ECF No. 4) is denied as moot.

DATED THIS 20th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

[1]The Court notes that Petitioner also filed a motion for copy of the petition in the earlier-filed action. Case No. 3:20-cv-00257-RCJ-WGC.